IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ZACHARY WOODARD
as Surviving Spouse of Cheryl
Woodard, Deceased; as Administrator
of the Estate of Cheryl Woodard,
Deceased; and For the Benefit of
Reece Jackson Woodard, Minor Son,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-2191-TWT

**FILED IN OPEN COURT**
U.S.D.C. Atlanta

SEP 11 2008

JAMES N. HATTEN, Clerk
_____ Deputy Clerk

## VERDICT

1. On the Plaintiff's claim for negligent design, we find in favor of the

   | _____ | Plaintiff |
   | **X** | Defendant |

2. On the Plaintiff's claim for negligent failure to warn, we find in favor of the

   | _____ | Plaintiff |
   | **X** | Defendant |

If you find in favor of the Plaintiff in question 1 or 2 or both, respond to the following questions.

3. We award the Plaintiff $_____ as compensatory damages for the conscious pain and suffering of Cheryl Woodard.

T:\CIVIL\Woodard v. Ford\verdict.wpd

4. We award the Plaintiff $_____ as the full value of the life of Cheryl Woodard.

If you awarded damages to the Plaintiff in question 3, respond to the following questions.

5. Do you find by clear and convincing evidence that the Defendant was guilty of wilful misconduct, or that entire want of care which would raise the presumption of conscious indifference to consequences?

_____ Yes
_____ No

If the answer to question 5 is "yes," respond to the following question.

6. We award the Plaintiff the sum of $_____ as punitive damages.

This 11th day of September, 2008.

_____
FOREPERSON